**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-2271**

———————————

WANDA B. BRADLEY; JUDY WILLIAMSON; JANET P.
FRYE; WALLACE A. LEATHERWOOD; WILLIAM JONES,

                        Plaintiffs - Appellants,

    and

BUNCOMBE COUNTY/WESTERN NORTH CAROLINA FAIR
ASSOCIATION, INCORPORATED; CURTIS HAWKINS,

                        Plaintiffs,

    versus

JAMES GRAHAM, Individually and in his capacity
as North Carolina Commissioner of Agriculture;
WILLIAM EDMONSSON, Individually and in his
capacity as Director for the Western North
Carolina Agricultural Center; CLAYTON DAVIS;
WELDON DENNY; WAYNE MILLER; DAVID MCLEOD;
CRAIG GLOVER; WAYNE WALKER; STEVE MOBLEY, In-
dividually and in their capacity as employees
of the North Carolina Department of Agricul-
ture; MORRIS MCGOUGH, a/k/a Mac,

                        Defendants - Appellees,

    and

RUFUS L. EDMISTEN, Individually and in his capacity as Secretary of State of North Carolina; BETTY Y. JUSTUS, Individually and in her capacity as Secretary of the North Carolina Department of Revenue,

                                        Defendants.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (CA-94-167-1)

───────────

Submitted: June 16, 1998                    Decided: July 9, 1998

───────────

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Wanda B. Bradley, Judy Williamson, Janet P. Frye, Wallace A. Leatherwood, William Jones, Appellants Pro Se. Lars Franklin Nance, Thomas Giles Meacham, Jr., OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's orders denying monetary and injunctive relief in this civil action alleging the violation of various federal and state rights by North Carolina officials in connection with the Appellants' efforts to operate an agricultural fair. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Bradley v. Graham</u>, No. CA-94-167-1 (W.D.N.C. Aug. 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>